1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 79CR0536-MMA |
| Plaintiff, | ) ) | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT** |
| v. | ) ) ) | |
| SERGIO CASTILLA-SILVA, aka Enrique Rios-Silva, | ) ) | [Doc. No. 3] |
| Defendant. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: <u>November 10, 2015</u>

_____
HON. MICHAEL M. ANELLO
United States District Judge

23
24
25
26
27
28